Joseph Colson, Respondent, *v.* Bertsey Reich, Appellant.

J. Clarence Hawkins, Respondent, *v.* Bertsey Reich, Appellant.

(Argued March 15, 1886; decided March 26, 1886.)

*A. Schoonmaker* for appellant.

*Wilmot M. Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Judgments affirmed.

----

Adelaide S. Smith, Respondent, *v.* Patrick Dempsey et al., Appellants.

(Argued March 15, 1886; decided March 26, 1886.)

*Isaac Lawson* and *Franklin A. Paddock* for appellants.

*Nathaniel C. Moak* for respondent.

Judgment reversed and case remitted to the Special Term for the determination of the motion for a new trial, on the ground that it had no power to annex to the order reducing the recovery a condition that it should be operative only in case the reduced amount should be paid, without costs to either party upon the appeal; no opinion.
All concur.
Judgment accordingly.